

# CHRIS DANIEL    01-15-00269-CR

### HARRIS COUNTY DISTRICT CLERK

March 13, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 11:50:04 AM
CHRISTOPHER A. PRINE
Clerk

JANI MASELLI WOOD
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FL
HOUSTON, TX  77002

Defendant's Name:  SHAUN DEVELLE BRIGGS

Cause No·  1430016

Court:  263RD DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 2-26-15
**Sentence Imposed Date:** 2-18-15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  JANI MASELLI WOOD

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC. Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston, Texas 77210-4651

Cause No. N3006

# THE STATE OF TEXAS

Shawn Briggs _____ , A/K/A/ _____

v.

263 _____ District Court / County Criminal Court at Law No. _____

Harris County, Texas

FILED
Chris Daniel
District Clerk
FEB 26 2015
Time: _____
By _____
Harris County, Texas
Deputy

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On _February 25, 2015_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

_2/25/15_
**Date**

_Shawn Briggs_
**Defendant (Printed name)**

_Jerome Godinic_
**Attorney (Signature)**

_Jerome Godinic_
**Attorney (Printed name)**

_08054700_
**State Bar Number**

_917 Franklin ste. 320_
**Address** _Houston TX 77002_

_713 2278388_
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☑ ASKS the Court to ORDER that a free record be provided to him

☐ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_Shawn Briggs_

_____
**Defendant (Signature)**

_Shawn Briggs_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☐ **IS** indigent for the purpose of

☐ employing counsel

☐ paying for a clerk's and court reporter's record

☐ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☐ Defendant's / appellant's motion is **GRANTED** and

☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal

☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

BAIL IS

☐ SET at $ _____

☐ TO CONTINUE as presently set

☐ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED _____ **FEB 2 6 2015**

JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1430016

| THE STATE OF TEXAS | IN THE 263 DISTRICT COURT |
|---|---|
| v. | COUNTY CRIMINAL COURT AT LAW NO. ____ |
| Shaun Briggs , Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the ~~right of appeal.~~ [or]
- S.B [✓] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

_____        12·17·14
Judge                                           Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X Shaun Briggs                                    Ju Goodline
Defendant                                            Defendant's Counsel

Mailing Address: _____        State Bar of Texas ID number: 08057700

Telephone number: _____        Mailing Address: 629 Prebor st200
                                                                          Houston TX 77002
Fax number (if any): _____        Telephone number: 713-227-8388

FILED
Chris Daniel
District Clerk
DEC 17 2014
Time: _____
Harris County, Texas
By _____ Deputy

Fax number (if any): 713-224-2889

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

Cause No. 14J0016

| STATE OF TEXAS | § | IN THE 263 DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| Shaun Briggs, | § | OF HARRIS COUNTY, TEXAS |
| **Defendant** | | |

## ADVICE OF DEFENDANT'S RIGHT TO APPEAL

**The Court, pursuant to Tex. R. App. P. 25.2, advises the Defendant as follows:**

1.  Texas law gives a defendant convicted of a crime the right to appeal his conviction.

2.  If you **pleaded guilty** or **no contest** and accepted the punishment recommended by the prosecutor, however, you **cannot** appeal your conviction unless the Court gives you permission. If you **waived** or gave up your right to appeal, you **cannot** appeal your conviction.

3.  If you did not plead guilty, you may have the right to appeal. If you want to appeal, you must give notice of appeal **in writing** to this Court's clerk within **30 days**.

4.  If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address. You must tell your attorney in writing of any **change in your address**.

5.  If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review in the Court of Criminal Appeals within **30 days** of the issuance of the opinion by the court of appeals. If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review.

**The Defendant declares the following to the Court** (choose one):

1.  ☑ I read and write English. I have read and I understand this document. ⟨S.B⟩ (Defendant initial here if true); or

2.  ☐ I speak English. _____ (name reader) read this document to me. I understand its contents. _____ (Defendant initial here if true); or

3.  ☐ I do not speak English. _____ (name translator) translated this document for me. I understand its contents. _____ (Defendant initial here if true).

X _Shaun Briggs_
Defendant's signature
Sworn to and subscribed before me on ___ *12·17·14* ___ .

_____
Harris County Deputy District Clerk

FILED
Chris Daniel
District Clerk

DEC 17 2014

Time: _____
Harris County, Texas
By _____ Deputy

_____
PRESIDING JUDGE
____ District Court
Harris County, Texas

Revised 5/2/12

# APPEAL CARD

**Court** 263    4-19-15    **Cause No.** 1430016

## The State of Texas
### Vs
BRIGGS, SHAUN DEVELLE

**Date Notice Of Appeal:** 2-18-15   2-26-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** JIM WALLACE
**Court Reporter** N/A
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** JEROME GODINICH, JR

**Attorney on Appeal** TBD

Appointed ✓ Hired_____

**Offense** AGG ROBBERY - DEADLY WPN

**Jury Trial:** Yes_____ No ✓

**Punishment Assessed** 15 YTDC

**Companion Cases (If Known)**_____

**Amount of Appeal Bond** N/A

**Appellant Confined:** Yes ✓ No_____

**Date Submitted To Appeal Section**_____

**Deputy Clerk** WJONES